**Fill in this information to identify the case:**

Debtor name ___Wickapogue 1, LLC___

United States Bankruptcy Court for the: ___Eastern___ District of ___New York___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1   Title, LLC Shades Space Creek Parkway Birmingham, AL 35209 | Robert M. Bursky 68 South Service Road, Suite 100 Melville, NJ 11747 | Judgment | | | | $2,600,000.00 |
| 2   Lisa Grossman c/o Bernard Elfassy 33 West Hawthorne Ave, Ste 200 Valley Stream, NY 11580 | Bernard Elfassy 33 West Hawthorne Ave, Ste 200 Valley Stream, NY 11580 | Loan/Confessed Judgment | | | | $1,600,000.00 |
| 3   Bryan Geffen 15-55 Bell Boulevard Miami Beach, FL 33139 | Lawrence Spivak 160-01 Hillside Avenue Jamaica, NY 11432 | Judgment | | | | $600,210.00 |
| 4   Title, LLC Shades Space Creek Parkway Birmingham, AL 35209 | Robert M. Bursky 68 South Service Road, Suite 100 Melville, NJ 11747 | Judgment | | | | $500,225.00 |
| 5   Lisa Grossman c/o Bernard Elfassy 33 West Hawthorne Ave, Ste 200 Valley Stream, NY 11580 | Bernard Elfassy 33 West Hawthorne Ave, Ste 200 Valley Stream, NY 11580 | Loan/Confessed Judgment | | | | $500,000.00 |
| 6   Swezey Fuel Co., Inc. c/o Nicholas J. Damadeo 27 West Neck Road Huntington, NY 11743 | Nicholas J. Damadeo 27 West Neck Road Huntington, NY 11743 | Money Judgment | | | | $85,000.00 |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor _____    Case number (if known)_____
　　　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |