# EXHIBIT F

   Home  My Network  Jobs  Messaging  Notifications  Me  Work    Network S  
Try Premiu



**Mike Mangiaracina** · 2nd

Chief Operating Officer at Gallagher Capital Inc. & Gallagher Holdings Inc.

-   Gallagher Capital Inc. & Gallagher Holdings Inc.
-   Florida International University

Melville, New York, United States · **Contact info**

**344** connections

Connect    Message    More

**Providing services**
Loans, Real Estate, and Commercial Real Estate
**Show details**

---

**About**

Licensed NYS Real Estate Agent Cross Country Realty & C.O.O. at Gallagher Capital Inc. & Gallagher Development Inc..

Professional golfer since 1986, Operated Mike Mangiaracina Academy of G  ...see more

---

**Activity**
345 followers

**Mike hasn't posted lately**
Mike's recent posts and comments will be displayed here.

**Show all activity →**

---

**Experience**

**Chief Operating Officer**
Gallagher Capital Inc. & Gallagher Holdings Inc. · Full-time
Oct 2020 - Present · 2 yrs 7 mos
Melville, New York, United States

Real Estate Development and Funding

**Chief Operating Officer**
MY REALTY RESOURCE CENTER
Jan 2014 - Oct 2020 · 6 yrs 10 mos
2929 Expressway drive North Islandia NY 11749

COO My Realty Resource Center

**Owner operator**
Mike Mangiaracina Academy of Golf

Jan 1994 - Jan 2014 · 20 yrs 1 mo
Long Island NY

Private lessons, Golf academy, Junior Golf programs, Playing lessons, Group lessons, Shot exhibitions and clinics.

## Education



**Florida International University**
Business Administration and Management, General
1982 - 1985

Activities and societies: Full golf scholorship FIU golf team

Played golf on the FIU team received a full athletic scholorship

**Gulliver Prep., FIU, PGA,**
Finance, General
1978 - 1985

Football team, Basketball team, Golf team

## Licenses & certifications

**NYS Licensed Real Estate Agent, Former PGA Member**
New York Department Of State
Credential ID 10401268879

Show credential

## Skills

**Retail**
 17 endorsements

**Jewelry**
 2 endorsements

**New Business Development**
 13 endorsements

Show all 32 skills →

## Recommendations

**Received**   Given

**Salvatore DeForca** · 2nd
Hard Asset Portfolio Manager
November 22, 2017, Salvatore worked with Mike on the same team

Mike Mangiaracina is an invaluable resource when it comes to the real estate market, not only because of his in-depth knowledge of the industry but because of the many connections within his network of professionals. He is admired among his colleagues and trusted by his clients. I would…

**Dean Lombardo** · 3rd
Nutrition at Plaza Medical
April 11, 2014, Dean was Mike's client

Good man. Personable, cares, goes the extra mile



Henry Davis · 3rd
Project Manager
April 8, 2014, Henry was Mike's client

### Publications

The Negotiable Golf Swing: How to Improve Your Game Without Picture-perfect Form, The Spirit of Golf, Long Island Golfer Magazine

Other authors

### Patents

Golf Training Aid, System and article for advertising
US US5116057,US 20070197307 A1

See patent

### Organizations

PGA, LIBOR

### Interests

**Top Voices**    Companies    Groups    Schools



Tony Robbins · 2nd
#1 New York Times best-selling author, life and business strategist, philanthropist, entrepreneur
7,354,002 followers

+ Follow

### Causes

Arts and Culture • Children • Economic Empowerment • Politics

Ad ···

Jason, reactivate your Premium free trial today!



See who's viewed your profile in the last 90 days

Reactivate Trial

### People also viewed



Andrew Gesuele · 2nd
Lending Expert

+ Connect



Guy Leibstein · 3rd
President at Adcomm Digital
🔒 Message

Salvatore DeForca · 2nd
Hard Asset Portfolio Manager
+ Connect

Nicole Gallagher · 2nd
Divisional Vice President at Cross Country Mortgage
+ Connect

Olivia Grechuta · 3rd
Administrative assistant at G&G Engineering Inc
+ Connect

Show more

People you may know

Ian Bartman
Attorney at Offit Kurman, P.A.
+ Connect

Michelle Yeung
Trusts & Estates Attorney at Offit Kurman
+ Connect

Kelcie Longaker
Corporate and Health Care Attorney | Business and Licensing Advisor
+ Connect

Carole A. Hafferty
Attorney and Mediator advising NJ families on divorce & child custody issues
+ Connect

John Lapinski
shareholder at Clark & Trevithick and Owner, same
+ Connect

Show more