# EXHIBIT 1



**Jason A. Nagi**
Principal
212.380.4108
jason.nagi@offitkurman.com

March 31, 2023

Town of Southampton Police Department
110 Old Riverhead Road
Hampton Bays, NY 11946

    Re:    Ownership and Control of Real Property with an Address of 145 Wickapogue Rd., Southampton NY 11968

To whom it may concern:

    This firm is counsel to Wickapogue 1, LLC (the "**Debtor**"), which is managed by its chief restructuring officer, David Goldwasser. Debtor has filed the attached petition for reorganization (the "**Petition**") under Chapter 11 of the United States Bankruptcy Code (the "**Code**"). Wickapogue 1 LLC is the owner of real property with an address of 145 Wickapogue Rd., Southampton NY 11968 (the "**Property**"), which is property of the Debtor's bankruptcy estate pursuant to the Code.

    Mr. Goldwasser has appointed Gregory Parks of Douglas Elliman Real Estate as his agent, and, in connection with Mr. Goldwasser's direction, is changing the locks on the Property. If you have any questions, please call me or my partner, Ms. Joyce Kuhns. I can be reached at (646) 251-3259; Ms. Kuhns can be reached at (410) 209-6463.

                          Sincerely

                            Jason A. Nagi

Enc.

cc:    David Goldwasser, Chief Restructuring Officer
        Gregory Parks, Douglas Elliman Real Estate
        Joyce Kuhns, Esq.

4870-3562-8378

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

__Eastern__ District of __New York__
                     (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Wickapogue 1, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)   8 2 – 2 8 1 0 5 4 9

4. **Debtor's address**

   **Principal place of business**

   3284 N 29th Court
   Number    Street

   _____

   Hollywood                FL        33020
   City                    State    ZIP Code

   Broward County
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City            State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   145 Wickapogue Road
   Number    Street

   _____

   Southampton              NY       119689
   City                    State    ZIP Code

5. **Debtor's website** (URL)   _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy           page 1

Debtor  Wickapogue 1, LLC  
       Name

Case number (*if known*)_____

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| Debtor | Wickapogue 1, LLC | Case number (if known) |
|---|---|---|
| | Name | |

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   
   ❏ Yes. District _____ When _____ Case number _____
   MM / DD / YYYY
   
   District _____ When _____ Case number _____
   MM / DD / YYYY
   
   If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    
    ❏ Yes. Debtor _____ Relationship _____
    
    District _____ When _____
    MM / DD / YYYY
    
    Case number, if known _____
    
    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

    *Check all that apply:*
    
    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    
    ❏ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    
    ❏ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    
    **Why does the property need immediate attention?** (*Check all that apply.*)
    
    ❏ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    
    What is the hazard? _____
    
    ❏ It needs to be physically secured or protected from the weather.
    
    ❏ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    
    ❏ Other _____
    
    **Where is the property?** _____
    Number    Street
    
    _____
    
    _____  ____
    City                  State ZIP Code
    
    **Is the property insured?**
    
    ❏ No
    
    ❏ Yes. Insurance agency _____
    
    Contact name _____
    
    Phone _____

---

**Statistical and administrative information**

---

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page **3**

| Debtor | Wickapogue 1, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

13. **Debtor's estimation of available funds**

    Check one:

    ☒ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49          ☐ 1,000-5,000        ☐ 25,001-50,000
    ☐ 50-99         ☐ 5,001-10,000       ☐ 50,001-100,000
    ☐ 100-199       ☐ 10,001-25,000      ☐ More than 100,000
    ☐ 200-999

15. **Estimated assets**

    ☐ $0-$50,000              ☐ $1,000,001-$10 million         ☐ $500,000,001-$1 billion
    ☐ $50,001-$100,000        ☒ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion
    ☐ $100,001-$500,000       ☐ $50,000,001-$100 million       ☐ $10,000,000,001-$50 billion
    ☐ $500,001-$1 million     ☐ $100,000,001-$500 million      ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0-$50,000              ☐ $1,000,001-$10 million         ☐ $500,000,001-$1 billion
    ☐ $50,001-$100,000        ☒ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion
    ☐ $100,001-$500,000       ☐ $50,000,001-$100 million       ☐ $10,000,000,001-$50 billion
    ☐ $500,001-$1 million     ☐ $100,000,001-$500 million      ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  03 / 28 / 2023
                 MM / DD / YYYY

    X _____          David Goldwasser _____
    Signature of authorized representative of debtor    Printed name

    Title  Chief Restructuring Officer

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **4**

Debtor  Wickapogue 1, LLC                                           Case number (*if known*)_____
        Name

**18. Signature of attorney**         ✗  /s/ Jason A. Nagi                          Date     03 / 28 / 2023
                                         Signature of attorney for debtor                    MM / DD / YYYY

                                         Jason A. Nagi, Esq.
                                         Printed name

                                         Offit Kurman, P.A.
                                         Firm name

                                         560 Madison Ave, 6th Floor
                                         Number       Street

                                         New York                                  NY           10022
                                         City                                      State        ZIP Code

                                         (212) 545-1900                            jason.nagi@offitkurman.com
                                         Contact phone                             Email address

                                         390519                                    New York
                                         Bar number                                State