

**WEBER & PULLIN, LLP**

7600 JERICHO TPKE., SUITE. 402 • WOODBURY, N.Y. 11797 | T: (516) 364-7500 • F: (516) 364-3455

WWW.WEBERPULLIN.COM

August 24, 2023

Hon. Robert Grossman
United States Bankruptcy Judge
290 Federal Plaza
Central Islip, NY 11722

Re: Wickapogue  Case No. 23-71048

Dear Judge Grossman:

In response to your inquiry, George Gavales, Esq., the attorney for Michael Mangaracina asked me, as a favor to file his Motion as he did not have ECF Filing privileges.  Other than assisting a fellow attorney, I have no involvement with a this Chapter 11 case.

That being said, I am aware of my responsibilities to the court and the parties in interest as the filer of this motion and will continue until such time as Mr. Gavales has been properly registered in this Case.

I apologize for any confusion may have occurred as attempting to assist fellow attorney who was unable to file on the courts ECF system.

Very truly yours,

*Allan L. Pullin*

ALP:tbm