| | |
|---|---|
| **OFFIT KURMAN, P.A.**<br>Jason A. Nagi<br>590 Madison Avenue, 6th Floor<br>New York, NY 10022<br>Phone: 212-545-1900 | **OFFIT KURMAN, P.A.**<br>Joyce Kuhns, Esq. (Admitted *pro hac vice*)<br>1954 Greenspring Drive, Suite 605<br>Timonium, MD 21093<br>Phone: 410.209.6400 |

*Attorneys to the Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WICKAPOGUE 1, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 8-23-71048-reg |

## NOTICE OF RESCHEDULED HEARING FOR
## SEPTEMBER 6, 2023 9:30 AM

PLEASE TAKE NOTICE THAT pursuant to that certain docket entry of August 18, 2023 [relating to Dkt# 28 (Motion for Conditional Use of Cash Collateral)] and a hearing is scheduled before the Honorable Robert E. Grossman, United States Bankruptcy Judge on **SEPTEMBER 6, 2023, at 9:30AM.**

Dated: New York, New York
       August 30, 2023

                                              **OFFIT KURMAN, PA**

By:    */s/ Jason A. Nagi*
        Jason A. Nagi
        590 Madison Avenue, 6th Fl.
        New York, New York 10022
        (212) 545-1900
        jason.nagi@offitkurman.com
            -and-
        Joyce A. Kuhns, Esq.
        (*pro hac vice*)
        1954 Greenspring Drive, Suite 605
        Timonium, MD 21093
        Phone: 410-209-6463
        joyce.kuhns@offitkurman.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 30th day of August, 2023, a copy of the foregoing was sent by email to:

**VIA E-MAIL**

George M. Gavalas, Esq.
On behalf of Michael Mangiaracina
attorneyatlaw@aol.com

William J. Birmingham
Office of the United States Trustee – Region 2
William.birmingham@usdoj.gov

United States Trustee
Ustpregion02.li.ecf@usdoj.gov

Robert M Sasloff, Esq.
Lori A Schwartz, Esq.
On behalf of Michael Gallagher, Nicole Gallagher, Michael Mangiaracina
rsasloff@leechtishman.com
lschwartz@leechtishman.com

Rafi Hasbani, Esq.
On behalf of creditor Blue Castle
rhasbani@hasbanilight.com

Robert D Weiss. Esq.
On behalf of creditor Bryan Geffen
weiss@ny-bankruptcy.com
R54991@notify.bestcase.com
michaelf@ny-bankruptcy.com
misty@ny-bankruptcy.com
sp@ny-bankruptcy.com
mdaniels@ny-b ankruptcy.com
sarah@ny-bankruptcy.com
tyrin@li-bankruptcy.com

Jeffrey Dayton, Esq.
On behalf of creditor Suffolk County Comptroller
jeffrey.dayton@suffolkcountyny.gov

Robert Bursky, Esq.
On behalf of creditor Title LLC
bursky@rmblegal.com

David Goldwasser
On behalf of Wickapogue 1, LLC
dgoldwasser@fiacp.com


**VIA U.S. FIRST CLASS MAIL**

Bernard Elfassy
33 West Hawthorne Ave, Ste 200
Valley Stream, NY 11580

Blue Castle (Cayman) Ltd.
1688 Meridian Ave, 7th Floor
Miami Beach, Fl 33139

Bryan Geffen
15-55 Bell Blvd
Bayside, NY 11360

David Goldwasser
3286 N 29th Court
Hollywood, FL 33020

George M. Gavalas
George M. Gavalas P.C.
2001 Marcus Avenue - Suite Nl25
Lake Success, NY 11042

Internal Revenue Service
c/o US Attorney Claims Unit
One Saint Andrews Plaza, Rm 417
New York, NY 10007

Jeffrey Dayton
100 Veterans Memorial Hwy Fl 5
Hauppauge, NY 11788

Lawrence Spivak
160-01 Hillside Avenue
Jamaica, NY 11432

Mark Gallagher
11 Martha Place
Port Jefferson Station, NY 11776

Mike Mangiaracina
c/o George M. Gavalas, Esq.

2001 Marcus Ave, Ste Nl25
Lake Success, NY 11042

Nicholas J Damadeo, P.C.
27 West Neck Rd
Huntington, NY 11743

Nicholas J. Damadeo
27 West Neck Road
Huntington, NY 11743

Nicole Gallagher
11 Martha Place
Port Jefferson Station, NY 11776

NYS Dept. of Taxation and Finance Bankruptcy
Unit TCD
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227

Office of Suffolk County Comptroller John M. Kennedy, Jr.
330 Center Drive
Riverhead, NY 11901-33011

Office of the U.S. Trustee
Alfonse Damato Federal Courthouse 560 Federal Plaza
Central Islip, NY 11722-4456

Peter S. Gordon
Gordon & Gordon, PC
108-18 Queens Blvd, 6th Fl
Forest Hills, NY 11375

PSEGLI
Special Collections
15 Park Drive,
Melville, NY 11747

Robert M. Bursky
68 South Service Rd, Ste 100
Melville, NJ 11747

State of New York
Attorney Generals Office
120 Broadway
New York, NY 10271

Swezey Fuel Co., Inc.
c/o Nicholas J. Damadeo, P.C.
27 West Neck Rd.
Huntington, NY 11743-27

Nicholas J. Damadeo, P.C.
27 West Neck Rd
Huntington, NY 11743-27

Title, LLC
820 Shades Parkway, Suite 2300
Birmingham, Alabama 35209

Town of Southampton
Town & School Tax Collector
116 Hampton Road
Southampton, NY 11968

United States Attorneys Office
Attn: Long Island Bankruptcy Processing
610 Federal Plaza, 5th Floor
Central Islip, NY 11722-4454

Village of Southampton
Village Tax Collector
23 Main Street
Southampton, NY 11968

Water Worx Pools & Spas LLC
164 McKinley Drive
Mastic Beach, NY 11951

</p>
                                              */s/* Jason A. Nagi