UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| WICKAPOGUE 1 LLC, | Case No. 8-23-71048-reg |
| Debtor. | |

### ORDER DIRECTING MICHAEL MANGIARACINA AND ANY OTHER OCCUPANTS TO VACATE REAL PROPERTY WITH AN ADDRESS OF 145 WICKAPOGUE RD., SOUTHAMPTON, NEW YORK 11968

The Motion of Wickapogue 1 LLC to Issue a Writ of Assistance Directing the U.S. Marshal to Assist in the Removal of Michael Mangiaracina and Any Other Occupants From Real Property With an Address of 145 Wickapogue Rd., Southampton NY (the "**Property**") and the Order to Show Cause to Issue Writ of Assistance Directing the U.S. Marshal to Assist in the Removal of Michael Mangiaracina and Any Other Occupants From 145 Wickapogue Rd. Southampton, NY 11968 Pursuant to 11 U.S.C. § 105 and Federal Rule of Bankruptcy Procedure 9006(C) (collectively the "**Motions**") having come on for hearing on August 30, 2023, with respect to the relief requested for a writ of assistance as to the Property, and the Court, having read and considered all related pleadings of record, evidence presented, the testimony of Michael Mangiaracina, and arguments of counsel, and finding that the Debtor Wickapogue 1 LLC has full rights of use and possession of the Property and that Mr. Mangiraracina has no rights of tenancy in the Property and must immediately vacate,

**IT IS HEREBY ORDERED**:

1. Michael Mangiaracina, must vacate the Property and turnover all keys and codes to the Property by August 30, 2023 at 5:00 p.m. ET (the "**Vacate Deadline**").

2. Debtor may not remove any personal possessions owned by Mr. Mangiaracina which remain in the Property.

3.    Mr. Mangiaracina shall cooperate with the Debtor to remove his personal possessions from the Property after he vacates, including any storage containers that are currently remaining on the Property.



**Dated: Central Islip, New York**
**August 31, 2023**

Robert E. Grossman
United States Bankruptcy Judge