**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
290 Federal Plaza
Central Islip N Y 11722

IN RE:                                                                             Case No. 23-71048-reg

                                                                                        Chapter 11

Wickapogue 1, LLC

Debtor

### REQUEST TO PLACE A RESTRICTION ON A FILED DOCUMENT(s) and/or CLAIM(s)

The Clerks Office requests that the Court determine if access to Document(s) No. 113 filed in CM/ECF should be restricted.

The document or claim contains:

- ☐ Personal identifiers as set forth in Bankruptcy Rule 9037
  - Social Security Number
  - Taxpayer Identification Number
  - Birth Date
  - The name of an individual, other than the debtor, known to be and identified as a minor
  - Financial Account Number
- ☐ Trade Secrets
- ☑ Confidential Research, Development or Commercial Information
- ☐ Scandalous or Defamatory Matter
- ☐ Other: _____

**NOW, THEREFORE, IT IS HEREBY ORDERED, THAT**

☑ The Clerk's Office is directed to restrict access to the document.

☐ The filer is ordered to re-file the document together with all attachments, **redacted** as required by Bankruptcy Rule 9037, on or before _____.

☐ The Clerk's Office is directed not to restrict access to the document for the following reason(s):

Dated: Central Islip, New York
August 31, 2023



Robert E. Grossman
United States Bankruptcy Judge